## Exhibit A to the Complaint

**Location:** Dallas, TX  
**Total Works Infringed:** 72  
**IP Address:** 45.30.76.125  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0F058C65F3232B7C21FC46A70D9A282290A70729<br>File Hash: 13F283614EA119F14F567A4C85407B6D90A09735B58AE12228BE7A085CB81F34 | 02-13-2022 17:02:28 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 2 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 02-09-2022 17:07:01 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 3 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash: CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 02-01-2022 20:23:11 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 4 | Info Hash: 9E1543FF1003B36A96330F556507E44979C5DA95<br>File Hash: BE9B0C5F0776C0A8009C6FA969C635377B9E276FECD044BB314FFD52B3FE0A34 | 01-10-2022 19:06:50 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 5 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 12-26-2021 16:57:15 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 6 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 12-15-2021 20:36:16 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 7 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12-06-2021 16:39:39 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 8 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12-05-2021 17:56:29 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 11-25-2021 18:48:42 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 10 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 11-03-2021 03:39:07 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 11 | Info Hash: 31B974DCDF2548CFD5F55B89DC321DAA89C91B36<br>File Hash: 8A964EA016BF47E08DCB07F16975016B58A018D9DF6AE6825FAD3F3ADA8B3E4B | 10-25-2021 22:02:11 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 12 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash: 59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 10-24-2021 21:19:49 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 13 | Info Hash: 9E7AA349F9E117314933CEDB885EF0A70E02E141<br>File Hash: 2D195DA4D1606207CE53490B5D0226D1B35671FE537BC7EFC496A557600DA514 | 10-18-2021 20:13:28 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 14 | Info Hash: FF7A248CB1917FE0B640DF3BAF9478EE988C020E<br>File Hash: 63738DCB991394F33CAE976CF9E706725031BEB6577331314D6D38993309080C | 10-14-2021 15:38:37 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 15 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash: 361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 10-14-2021 15:16:09 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 16 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash: FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 10-06-2021 15:34:20 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 17 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash: 2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 09-09-2021 20:37:59 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: CF38C8F975E28B97D557ECAD87A80286BF334D05<br>File Hash: A97729C052424294F9AD65D2D42E28AB9C55785415B7EFD2798FA6532BE2DC40 | 07-27-2021 02:00:22 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 19 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 07-06-2021 15:35:00 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 20 | Info Hash: 41FB2CBF966E46F22A25FD76BDD410A8471049EC<br>File Hash: DD4417468B662B9827290D264D5B54C111AC890547FBCB6ABBD60102A932603B | 07-06-2021 15:34:07 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 21 | Info Hash: 20A31492E4DFCCA3CC8A003B8AF1E4C3AB92381A<br>File Hash: 36884B340C306E825BDD40BEE68D6F6C9A34061CDC2FA08A3D4EA65D36898447 | 07-05-2021 18:15:21 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 22 | Info Hash: 86491FC10A5128233E050F0E4AAC4809942A94A4<br>File Hash: F42ACA9A08AD5FD88857FE14B1C7F85EB40EDE50AAB0DAD7950C08601C1A1994 | 07-04-2021 22:21:53 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 23 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747<br>File Hash: 15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 06-21-2021 16:11:45 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 24 | Info Hash: 4250487D9BBC3E487E7A757F032DB819FDA1292C<br>File Hash: C908CEAC1EFC4FD506BA0EDB7440D378F8844D7C4493C0CB1AEBDA2A65C29DBB | 06-15-2021 20:52:21 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 25 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 06-09-2021 15:42:44 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 26 | Info Hash: DEAEF69A92F1519FAEC0425DEC4DC04534E71CF3<br>File Hash: 3CDA231B56F1E98746A3C2AE9ADD5702103A140C0D988E45ED3A56D5ADFF2FA5 | 05-27-2021 14:15:38 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 12-25-2020 22:16:00 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 28 | Info Hash: F5BCD5E68FE022B1AC16EF0FF6758CFA5E3F1930<br>File Hash: FF52CF85F2A63C53C26ADB3CB500AF8ABB681F7D6E92B9595B085114B20248DE | 12-09-2020 13:54:37 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 29 | Info Hash: 93B327A8C48936A0E4EE9E25BA5D92239B7F914E<br>File Hash: 00569396D8A24122745102BDD317673CF22263E245479FF762519E19B818C9C2 | 12-04-2020 02:02:33 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 30 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 12-01-2020 03:32:33 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 31 | Info Hash: A6BDB702FDC2F99FCFC7B6D936C66A8CCE8CD3AC<br>File Hash: CA1717B5431B9E79AAEC7F85021F842AA05BE03ACF69D42B731AE2EDE639DA7F | 11-19-2020 05:14:20 | Vixen | 11-13-2020 | 12-09-2020 | PA0002274953 |
| 32 | Info Hash: 0A699E8DDCF38F52A506691FA48FF66EA86A15B4<br>File Hash: 45A5C9627F189D2582974B07D3278C696CDE2303599C7BBE1BDECE8D3AA56564 | 11-04-2020 14:19:20 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 33 | Info Hash: 4D787ED138A585C1EECF0E44E83EC3D49004F7CD<br>File Hash: 3F3A696F9E26856B2C412E2CAC0F40309EC102098201BB4215583ADAC60829DB | 11-02-2020 04:59:37 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 34 | Info Hash: 07B81AB10D2FBF5167F8BB0E4A33930DC1ADCF47<br>File Hash: FE1411E9037347A3FE8D7659BD29D5CA30FA794FE9F2B985A7AF3A091FCF8FA8 | 10-27-2020 19:38:07 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 35 | Info Hash: 0A3F5D1469323014ABDF5BD58C75C4103C587E38<br>File Hash: 9CDD1C575713C18FA632C820F02E0F98894B20C9FA31A7DB4F6C7FFD05B32973 | 10-26-2020 13:33:35 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash: 29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 10-24-2020 18:24:51 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 37 | Info Hash: E73272ABA912ACDFBD94C16B25DF2739E745910B<br>File Hash: 9607566050BCBCF0724582FF3F9F402AD0E3627057AF607CC63D3C0ED2AAC8DF | 10-20-2020 18:42:25 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 38 | Info Hash: F963FC66BEC64BF8323AA10A31D829DE757A4211<br>File Hash: B85D0B747CC11085A6E5DD8FAE0DE603975DA7B66892618C8A81B596BB19D3AE | 10-18-2020 08:22:06 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 39 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash: 5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 09-22-2020 07:29:01 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 40 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash: 1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 09-21-2020 06:19:09 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 41 | Info Hash: 92FCEC5F528AB1D27B01FBC0E4D1157C3AC17400<br>File Hash: C82F38BBF86C7553B2028C9457E35287A623F34DCCFD5A55E9C4679D4D7BD2B1 | 09-19-2020 09:18:29 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 42 | Info Hash: B363647575BA54B6B923C05223F4A92289A30083<br>File Hash: 4EC8B4DD67C4ECB63D03456468A0B6538CD12C60BC25054CDDCC3698AEF101CB | 09-13-2020 19:48:15 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 43 | Info Hash: 4D128566D34AA1EC74C662CC23A00DBFD03A56E5<br>File Hash: DD310F56DE594622150223897919F94B177A071C38203F879C910627A7F18DC9 | 09-08-2020 04:20:50 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 44 | Info Hash: 63A22C748ACE8732FA9AE5785EA73F31D0EA5CCA<br>File Hash: D26DD5C53E023B9BE7A2C59D8907B28CB5983E867A82F39B2877DEE6E4F7E71D | 09-05-2020 04:16:52 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 0AB20EE3181E2157048233A9A4F197718A4CC458<br>File Hash: 5B2DF8CCF0678B5FD3F04E41958773BB4DB3B8A5B28FB75BC68AAA50B5661F92 | 08-30-2020 10:06:58 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 46 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash: D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 08-26-2020 12:38:57 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 47 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08-21-2020 16:12:16 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 48 | Info Hash: 9FAE98B12813FE5BFF3A5CA5CD89FF277CE936E6<br>File Hash: DF4BF86BC79099FE383C7D61244EE767B7A76C6DA72836C915666B20FC25F5E9 | 08-20-2020 00:31:33 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |
| 49 | Info Hash: 066D4601A678FEF2B6A07269E7832C736231DCE9<br>File Hash: 0EBC2D447D4E629B8438541739785EAF02A0E6CF370FF3F7D0BCDC7A5472F378 | 08-18-2020 03:50:22 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 50 | Info Hash: 4E79385B8DAE3CD4CC334C13F109852722B4F577<br>File Hash: ADA7E80EA6EA1B7ABF7D3F9E7268C86760CB34B8104C601B8CF5325577231677 | 08-13-2020 15:45:29 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 51 | Info Hash: 64F7CDCF78491EF68C931ED73053A08344F3478C<br>File Hash: 1F74F5E1BB05CE6B3F999121014EF29203463875179508D9729AD03DBBF7B67B | 08-11-2020 19:11:45 | Blacked Raw | 08-10-2020 | 08-18-2020 | PA0002253097 |
| 52 | Info Hash: A5F599FEFCC9534692B5822A1526EF66A312A012<br>File Hash: E6969AAFE57E1869ADCF19EFEA6A3D2FC5074542AE2D72CBD53AD7D8924561B3 | 07-06-2020 01:27:41 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |
| 53 | Info Hash: 14AB1F3D09A7FD1F5B4014B7D932F7FAC768DEC8<br>File Hash: 6D76F838EB0CC3D4537F6D58B82C60D51A6778E781AEB91C4B2B2FBE14F56B3A | 06-30-2020 20:09:48 | Blacked Raw | 06-29-2020 | 07-17-2020 | PA0002248598 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: F1DF7C2B1D8FD00420FBF17A5A42BA81CBC4C25D  File Hash: 656D9E44A6B796CF3CC460338A894A5B54551489EDC8FF4EBDC812FAA0017E5E | 06-15-2020 20:34:37 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 55 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A  File Hash: 3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 06-08-2020 03:12:20 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 56 | Info Hash: 8D2631A42C245C87C9F5CB2C9C6C9D8E13E79351  File Hash: 25E290BD9D88F9CD15D9A5696316FF7EA987DA7C49D133EFD9C80CF97BF45AE5 | 05-30-2020 07:50:45 | Vixen | 05-29-2020 | 06-16-2020 | PA0002253260 |
| 57 | Info Hash: 96127ED926E5751F78E60FF117D75F59E918CF27  File Hash: 3313A2993842C3CF965B06B55DFCB0348C061AE23EE7F1B73DFA0DD56BC67635 | 05-19-2020 15:38:52 | Blacked Raw | 05-18-2020 | 06-08-2020 | PA0002243644 |
| 58 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC  File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 05-09-2020 18:13:08 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 59 | Info Hash: 07EFF136CA2B52EAC1DEA2FC2681807F55168819  File Hash: 70EE07188744706B2FF4109434A6D34023BDC09A290E71F897306F11B225116F | 05-03-2020 16:19:50 | Vixen | 05-01-2020 | 05-19-2020 | PA0002241473 |
| 60 | Info Hash: 92EB5D7EDE376D128AFC8878A7325334E2534FDA  File Hash: 7C61F266EF8B00566680AE94CEFE28426A98C93D2CF49719663D5EC3BB2C2AC3 | 04-26-2020 22:10:59 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 61 | Info Hash: 4C68A93F877A55624CFDB1A56B0A09F6226B7DBD  File Hash: 3F282AB81B7EB2031337F302499DA6D6B812DDC12B12599EA08FF65A95F623CA | 04-25-2020 09:03:18 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |
| 62 | Info Hash: 026E0A7F26262CE70E0FCAC848710FC70C27E475  File Hash: FA48C11485D2E203C9F2762B8C4EC8913D236892348A061FE3B1186FFFE3AF0C | 04-20-2020 03:57:37 | Blacked | 04-18-2020 | 05-19-2020 | PA0002241472 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: CD0FC6D0CF0E74AB4F9EC7E040A643F817371ED8<br>File Hash: 1D1A051022FA6495A5E2560DC7CA73C077E13E71C2B2B1FDD7A6F0E21FC6BECD | 04-18-2020 18:56:41 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 64 | Info Hash: 4A0ABE15C6C11BEC97FCFF00C3F40080764788A9<br>File Hash: 9B3AE3403C4CD012F163F6857B61341190090CC8B5D542F786A0F47BD1E02988 | 04-15-2020 03:27:44 | Blacked Raw | 04-13-2020 | 04-22-2020 | PA0002237695 |
| 65 | Info Hash: CBB775C8E18D7CF49C7D4023561FCD3BF791FCC1<br>File Hash: A8EB9CE47F8D943BEC380599C0BDBB56B7BD12D87F5717C45F2A8DAFCA1725A1 | 04-05-2020 05:49:40 | Blacked | 04-04-2020 | 04-17-2020 | PA0002237304 |
| 66 | Info Hash: B3A6087B9521879B56F38DCCD903CBBDE10E1B7E<br>File Hash: A20C720DD9BCF71D935952302888BE475240C1A15B5DF6731B9BAF04A11A6BF1 | 03-30-2020 02:32:04 | Blacked | 03-28-2020 | 04-15-2020 | PA0002246108 |
| 67 | Info Hash: FF8BDF1486B5ABB290723E3389EC2D872A93DED2<br>File Hash: A69111A597DB4D86059F4A88B6DA7CC1C050C253EFC22B2074BEDDF6B13F3E43 | 03-24-2020 14:20:40 | Blacked Raw | 03-23-2020 | 04-17-2020 | PA0002246101 |
| 68 | Info Hash: A503ADB8135D6967EF50060DDE3FD7C8DA113C9C<br>File Hash: 5B497083FAE27607F1CF48099A790A26ADC8CB7A665373719C4101E12CE5EEF8 | 03-23-2020 21:07:34 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 69 | Info Hash: 4027AF1421AE2D9BED00B53E01979BB89ADD9B1E<br>File Hash: 90AB2E788BB710259D4A9DCFD9E2C65C0643D86AC847DAFA0BFED4550E27D3A6 | 03-19-2020 20:31:26 | Blacked Raw | 03-17-2020 | 04-17-2020 | PA0002246171 |
| 70 | Info Hash: BAFB46BF047FBA7FE3FF433BFC2B9DC3DAD3C1A9<br>File Hash: ABE2C85159B9C6CB9BF3A288E7EBB1E044B46ED260C1111A1C9BAE91E3919A19 | 03-13-2020 19:57:41 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |
| 71 | Info Hash: 3B62BA3AC6C1A8710022D8041EF52DED60414A90<br>File Hash: 749B34A9EE51C4CA70DAB43E57D5A4C4354E0837FBCC6CE57D7B941433028158 | 03-10-2020 21:45:22 | Blacked | 03-05-2020 | 04-15-2020 | PA0002246102 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: AD80D5F3B8D3C2EDCFECDEC4F88BB80A5CA8F385<br>File Hash: 1735F17FC1E003CCB19EC14636AA0AEFA2465DC8D9A4F11172C954C31710B361 | 03-10-2020 21:39:26 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |